# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Chibueze C. Anaeme

               V.

See Attached

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12CV1768-CAB-BGS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Proceed IFP is granted [Doc. No. 5] and the Complaint is dismissed withhout leave to amend for filing a frivolous claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

| October 30, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s./Y.Barajas |
| | (By) Deputy Clerk |
| | ENTERED ON October 30, 2012 |

Anaeme v. United States of America
3:12-cv-01768-CAB-BGS
Attachment - Clerk Judgment

CHIBUEZE C. ANAEME,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

ALLIED SECURITY HOLDINGS, L.L.c.,

a.k.a ALLIEDBARTON SECURITY

SERVICES.

ALLIEDBARTON SECURITY SERVICES, LP.

BLACKSTONE PRIVATE EQUITY.

THE BLACKSTONE GROUP, LP.

STATE OF CALIFORNIA.

SAN DIEGO COUNTY, CALIFORNIA.

CITY OF SAN DIEGO, CALIFORNIA.

SAN DIEGO POLICE DEPARTMENT, SAN

DIEGO, CALIFORNIA.

OFFICE OF THE CITY ATTORNEY, CITY OF

SAN DIEGO, CALIFORNIA.

CLAIREMONT TOWN SQUARE

MANAGEMENT, SAN DIEGO,

CALIFORNIA.

OFFICE OF COUNTY COUNSEL, SAN

DIEGO COUNTY, CALIFORNIA.

)

---

TERRI WHITE
Individually and in his capacity as Security Officer, AlliedBarton Security Services, San Diego, California, United States of America hereinafter, "U.S.A" and as pertains to Superior Court of California, San Diego Case No. M080964.

ROBERT CROSS
Individually and in his capacity as Security Officer, AlliedBarton Security Services, San Diego, California, U.S.A and as pertains to Superior Court of California, San Diego Case No. M080964.

JOHN COULSON
Individually and in his capacity as Security Officer, AlliedBarton Security Services, San Diego, California, U.S.A.

WOODINGTON(MR)
Individually and in his capacity as Security Officer, AlliedBarton Security Services, San Diego, California, U.S.A.

MELVIN THOMASON
Individually and in his capacity as Security Officer, AlliedBarton Security Services, San Diego, California, U.S.A.

JOHN DOE LIEUTENANT
Individually and in his capacity as Security Officer, AlliedBarton Security Services, San Diego, California, U.S.A.

BUD E. BRADLEY
Individually and in his capacity as Vice President of Operations, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

WILLIAM A. TORZOLINI
Individually and in his capacity as Chief Financial Officer, Senior Vice President and Manager, AlliedBarton Security Services, AlliedBarton Security Services, LP., Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

WILLIAM C. WHITMORE
Individually and in his capacity as President, Chairman of the Board, Chief Executive Officer, Manager, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

JACK KEANE

Individually and in his capacity as Board of Managers, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

MICHAEL J. REGAN
Individually and in his capacity as Board of Managers, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

DAVID I'BUCHMAN
Individually and in his capacity as Manager, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

JOE CUNNEEN
Individually and in his capacity as Vice President, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

ANN DIBBLE
Individually and in her capacity as Director, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

PAUL LICONI
Individually and in his capacity as Vice President Finance, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

LAWRENCE F. LOESCH
Individually and in his capacity as General Manager, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

FONNIE REAGAN
Individually and in his/her capacity as Programmer Analyst, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

ELIZABETH RITTS
Individually and in her capacity as Vice President Information Services, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

STEVE SOMERS

Individually and in his capacity as Vice President, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

THOMAS C. WALTON
Individually and in his capacity as Vice President, AlliedBarton Security Services, LP, Allied Security Holdings, L.L.C., Eight Tower Bridge, 161 Washington St, Suite 600, Conshohocken, PA 19428, U.S.A.

STEVEN A. SCHWARZMAN
Individually and in his capacity as Chairman, Chief Executive Officer and co-founder, The Blackstone Group, LP., Blackstone Private Equity, 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A and as pertains to Superior Court of California, San Diego Case No. M080964.

HAMILTON E. JAMES
Individually and in his capacity as President and Chief Operating Officer, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

J.TOMILSON HILL
Individually and in his capacity as Vice Chairman, The Blackstone Group, President and Chief Executive Officer Blackstone Marketable Alternative Asset Management, 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

TIMOTHY COLEMAN
Individually and in his capacity as Senior Managing Director and Head of Restructing and Reorganization, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

JOHN G. FINLEY
Individually and in his capacity as Senior Managing Director and Chief Legal Officer, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A and as pertains to Superior Court of California, San Diego Case No. M080964.

BENNETT J. GOODMAN
Individually and in his capacity as Senior Managing Director, The Blackstone Group, LP., Blackstone Private Equity, 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

JONATHAN D. GRAY
Individually and in his capacity as Senior Managing Director and Co-Head of Real Estate, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

GARRETT M. MORAN
Individually and in his capacity as Senior Managing Director and Chief Operating Officer of Private Equity, The Blackstone Group, LP., Blackstone Private Equity, 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

CHAD R. PIKE
Individually and in his capacity as Senior Managing Director and Head of Real Estate , The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

JOAN SOLOTAR
Individually and in her capacity as Senior Managing Director and Head of Public Markets, The Blackstone Group, LP., Blackstone Private Equity, 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

JOHN STUDZINSKI
Individually and in his capacity as Senior Managing Director and Head OF Public Markets, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

LAURENCE TOSI
Individually and in his capacity as Senior Managing Director and Chief Financial Officer , The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

KENNETH C. WHITNEY
Individually and in his capacity as Senior Managing Director and Head of Investor Relations and Business Development, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

ROBERT L. FRIEDMAN
Individually and in his capacity as Senior Managing Director and Chief Legal Officer, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

RICHARD JENRETTE
Individually and in his capacity as Director, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

BRIAN MULRONEY
Individually and in his capacity as Director, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

JAY LIGHT
Individually and in his capacity as Director, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

WILLIAM G. PARRETT
Individually and in his capacity as Director, The Blackstone Group, LP., 345 Park Ave, 31st Floor, New York, NY 10154, U.S.A.

LARRY ALAN BURNS
Individually and in his capacity as Judge, United States District Court Southern District of California, 880 Front St, San Diego, California 92101, U.S.A and as in USDC Case No.3:11-CV-01605-LAB-MDD.

W. SAMUEL HAMRICK, JR
Individually and in his capacity as Clerk of Court, United States District Court Southern District of California, 880 Front St, Suite 4290, San Diego, California 92101, U.S.A and as in USDC Case No.3:11-CV-01605-LAB-MDD, USDC Case No.11-CV-1906-JAH (WVG) and USDC Case No. 3-11-CV-1808-JAH (BLM).

THOMAS MONTGOMERY
Individually and in his capacity as County Counsel, Office of County Counsel, County Administration Center, 1600 Pacific Highway, Room 355, San Diego, CA 92101, U.S.A.

ROBERT ADAMS
Individually and in his capacity as arresting and booking officer San Diego Police Department, San Diego, California.

ALAN NICHOLAS
Individually and in his capacity as arresting and booking officer San Diego Police Department, San Diego, California.

E. WISEMAN
Individually and in his capacity as arresting and booking officer San Diego Police Department, San Diego, California.

WILLIAM LANSDOWNE
Individually and in his capacity as Chief of Police, San Diego Police Department, San Diego, California and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

PAUL COOPER
Individually and in his capacity as counsel to the Chief of Police, San Diego Police Department, San Diego, California and as in USDC Case No. 11-CV-1906-JAH(WVG) and USDC Case No. 3-11-CV-1808-JAH(BLM).

ZACH BRADLEY
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

HIME ALVARADO
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

R.T. HENRIZI
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

P. RORRISON

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

U. HARVEY
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

KEVIN C. RAUSIS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

KINNEY (MS)
Individually and in her capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

PATRICK SULLIVAN
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

KISTER (MR)
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

MICHAEL CASH
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

CHRIS BALL
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

GUY SWANGER
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAMES COLLINS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

BOYD LONG
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

CESAR SOLIS
Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

TONY MCELROY

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

SARAH CRIEGHTON

Individually and in her capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

DAVID ROHOWITZ

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

K.P. LEWAK

Individually and in his capacity as Officer, San Diego Police Department, 1401 Broadway, San Diego, California, U.S.A.

JAN GOLDSMITH

Individually and in his capacity as City Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ONU OMORDIA

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

HEILY HERNANDEZ

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

L. VOGLITANZ

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

MARYJO LANZAFARE

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ANDREW JONES

Individually and in his capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

DAVID GREENBERG

Individually and in his capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A

TRICIA PUMMIL

Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

TESSA HEUNIS
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

ANDRES CARNAHAN
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

KRISTI HEIN
Individually and in her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

MAKINI HAMMOND
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

L. EASTON
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

D. RURLINS
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

M. ROBERTSON
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

S. PARK
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

A.WILBURN
Individually and in his/her capacity as Attorney, Office of City Attorney, City of San Diego, 1200 Third Ave, Suite 1620, San Diego, California, 92101, U.S.A.

LESLIE HARRIS
Individually and in her capacity as Management personnel, Clairemont Square Shopping Center, Clairemont Town Square, 4821 Clairemont Drive (3994 Clairemont Mesa Boulevard), San Diego, California 92117-2700, U.S.A

Co-defendants.